UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 06-10214-JLT |
| | * | |
| SHANE A. SWANN, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 2, 2011

TAURO, J.

Defendant's <u>Petition for Status and Date of Hearing, Request for Stand By Counsel, Instructive Notice Given to BOP to Allow Defendant to Travel with Legal Documents</u> [#68] is ALLOWED in part and DENIED in part as follows:

1. Defendant's request for appointment of counsel under 18 U.S.C. § 3006A is ALLOWED.

2. Defendant's request for appointment of stand-by counsel is DENIED as moot.

3. The issue of Defendant's legal materials shall be addressed by Defendant's counsel upon assumption of responsibility for the case.

An Evidentiary Hearing is scheduled for Tuesday, December 13, 2011 at 11:00 A.M.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge